# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNETT TAYLOR GORS,<br><br>      Petitioner,<br><br>   v.<br><br>S. FRAUEMHEIM,<br><br>      Respondent. | Case No. EDCV 19-2395-JWH (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

|   |   |
|---|---|
| 1 | Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the |
| 2 | Magistrate Judge's Report and Recommendation, and the remaining record, and |
| 3 | has made a *de novo* determination. |
| 4 | Accordingly, it is **ORDERED** that: |
| 5 | 1. The Report and Recommendation is approved and accepted; |
| 6 | 2. Judgment be entered denying the Petition and dismissing this action |
| 7 | with prejudice; and |
| 8 | 3. The Clerk serve copies of this Order on the parties. |
| 9 | **IT IS SO ORDERED.** |

DATED: September 29, 2021

_____
HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE