JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNETT TAYLOR GORS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>S. FRAUEMHEIM,<br><br>　　　　　　Respondent. | Case No. EDCV 19-2395-JWH (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Petition is **DENIED** and this action is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

DATED: September 29, 2021

_____
HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE